CHARLES F. EICHINGER, Respondent, v. CHARLES J. ZIMMERLEIN, Appellant.— Order and judgment of the County Court of Suffolk county reversed upon the law and the facts, with ten dollars costs and disbursements, and motion for summary judgment denied, with ten dollars costs. Although plaintiff, as holder of the trade acceptances sued upon, is deemed *prima facie* to be a holder in due course, it was alleged that payee's title was defective. In such event " the burden is on the holder to prove that he or some person under whom he claims acquired the title as a holder in due course." (Neg. Inst. Law, § 98; *Karpas v. Bandler*, 218 App. Div. 418.) The plaintiff, as holder of the instrument, was required " to show under what circumstances and for what value he became such." (*Am. Ex. Nat. Bank v. N. Y. Belting, etc., Co.*, 148 N. Y. 698, 703.) Lazansky, P. J., Rich, Carswell, Scudder and Tompkins, JJ., concur.

ROBERT H. ELDER, Respondent, v. ANTLERS GOLF AND COUNTRY CLUB, INC., Appellant.— Order denying defendant's motion to vacate notice of examination before trial affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice at place and hour stated in the order. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

ROSE A. FRIED, Respondent, v. SAMUEL D. FRIED, Appellant.— Order denying defendant's motion to vacate notice of examination before trial reversed upon the law, without costs, and motion granted, without costs, upon the authority of *Safrin v. Safrin* (205 App. Div. 628); *Horsch v. Horsch* (206 id. 710) and *Hutaff v. Hutaff* (208 id. 745). *Linnekin v. Linnekin* (96 Misc. 56) is contrary to the weight of authority and should not be followed. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

RICHARD GEORGE, Respondent, v. MATHIAS L. CONNES, Appellant.— Order denying defendant's motion for a change of venue from Rockland county to New York county affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ., concur.

SUSAN W. HAINES, Respondent, v. BERNARR MACFADDEN, Appellant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We are of opinion that the examination is for improper and ulterior purposes and that it is not sought in · good faith. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.